UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-cr-310-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>ORDER ON DEFENDANT'S</u> |
| | : | <u>MOTION TO WITHDRAW MOTION</u> |
| | | <u>TO HAVE THE ANKLE MONITOR</u> |
| | | <u>REMOVED DURING SURGERY</u> |
| vs. | : | |
| | : | |
| LINC OSHEA BROOKS | : | |
| Defendant | : | |

This cause coming on and being heard before the undersigned Judge upon the Defendant's motion to withdraw the motion to allow probation to remove the ankle monitor during surgery. Upon the request of the defendant to be allowed to withdraw the motion, it is **ORDERED** that the motion is hereby withdrawn.

  **SO ORDERED**, this ___21st___ day of July 2026.

_____
JUDGE PRESIDING