UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-cr-310-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER ON DEFENDANT'S MOTION TO HAVE THE ANKLE MONITOR REMOVED DURING SURGERY |
| | : | |
| vs. | : | |
| | : | |
| LINC OSHEA BROOKS | : | |
| Defendant | : | |

This cause coming on and being heard before the undersigned Judge upon the Defendant's motion to allow probation to remove the ankle monitor during surgery. After considering the defendant's motion and with the government's consent to the motion, the Court makes the following FINDINGS OF FACT:

1. The defendant was indicted on October 22, 2024, in count 1 for possession with the intent to distribute a quantity of cocaine.
2. At the detention hearing, the defendant was released to the custody of his wife, April Brooks, under certain conditions.
3. The arraignment was held on September 17, 2025, in New Bern. During the arraignment the parties informed the court that the government would not object to the continued release of the defendant if he was placed on electronic location monitoring.
4. H.P. Williams, Jr., filed his notice of appearance on May 14, 2026.
5. The defendant has back surgery scheduled for Monday, September 21, 2026, with an arrival time of 8:30am at Duke Raleigh Hospital, 3400 Wake Forest Rd.,

Raleigh, NC 27609. Surgery is scheduled for 10:30am and it is estimated he will be in the hospital for two (2) nights.

1. The defendant requests that probation be allowed to remove the ankle monitor either the day before surgery or on the morning of surgery. He also requests that the monitor be reinstalled either the day he is released from the hospital or the day after unless for some reason probation should need more time and if so, as soon as possible after release.
2. The defendant requests that the monitor be removed because it will be difficult to charge the monitor while in the hospital as the defendant may be unable to move about to get it charged and the anesthesia may keep him from even remembering to recharge. The monitor may in some way interfere with the electronic devices in the operating room and it would be improper for hospital personnel to remove.
3. The government through Assistant United States Attorney Kimberly Dixon does not object to the ankle monitor being removed during surgery under the procedures suggested by the Court at sentencing.

WHEREFORE, based on the foregoing FINDINGS OF FACT, the Court CONCLUDES AS A MATTER OF LAW that the motion should be granted. It is THEREFORE ADJUDGED, ORDERED AND DECREED that probation be allowed to remove the ankle monitor either the day before surgery or on the morning of surgery and that the ankle monitor be reinstalled either the day he is released from the hospital or the day after unless for some reason probation should need more time and if so, as soon as possible after release.

**SO ORDERED**, this 18th day of September 2026.

JUDGE PRESIDING